FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2005 MAY 23 AM 9: 58
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| ROBERT EARL MITCHUM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CV405-009 |
| ) | |
| CARL HUMPHREY, Warden, and ) | |
| THURBERT BAKER, Attoney General,) | |
| ) | |
| Respondent. ) | |

## REPORT AND RECOMMENDATION

Respondent Attorney General Thurbert Baker has filed a motion to dismiss himself as a party to this action. The proper respondent in a habeas petition is the person in whose custody the petitioner is confined. See 28 U.S.C. § 2242 (stating that application for writ must contain "the name of the person who has custody over him"); Mackey v. Gonzalez, 662 F.2d 712, 713 (11th Cir. 1981) (holding that police officers and state prosecutors are not proper respondents in habeas proceeding "because none have custody over petitioner as required by 28 U.S.C. § 2242"). As respondent Baker explains, he does not and has never had custody of petitioner.

Accordingly, the Court agrees that respondent Baker should be dismissed as a respondent from this action. The Court RECOMMENDS that the motion to dismiss be GRANTED.

**SO REPORTED AND RECOMMENDED** this 20th day of May, 2005.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

# United States District Court
## Southern District of Georgia

ROBERT EARL MITCHUM )

vs ) CASE NUMBER CV405-009

CARL HUMPHREY, Warden, et al ) DIVISION SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated May 23, 2005, which is part of the official record of this case.

Date of Mailing: May 23, 2005

Date of Certificate ☐ same date, or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

**Name and Address**

Robert Earl Mitchum, EF432177, Ware State Prison, 3620 Harris Road, Waycross, GA 31501
Chad Eric Jacobs, Esq.

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate