# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| ROBERT EARL MITCHUM, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> CARL HUMPHREY, Warden, and ) <br> THURBERT BAKER, Attoney General,) <br> ) <br> Respondent. ) | Case No. CV405-009 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 29 day of June, 2005.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

ROBERT EARL MITCHUM  )

vs  )  CASE NUMBER  CV405-009

CARL HUMPHREY, Warden, et al  )  DIVISION  SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated June 29, 2005, which is part of the official record of this case.

Date of Mailing: June 29, 2005

Date of Certificate  ☐ same date,  or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

**Name and Address**

Robert Earl Mitchum, EF432177, Ware State Prison, 3620 Harris Road, Waycross, GA 31501
Chad Eric Jacobs, Esq.

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate